Frank W. Ryan
437 Madison Avenue, New York, N.Y. 10022
212-940-3129
Name, address and phone number of applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA



FILED
APR 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TOMTOM, INC.,

             Plaintiff(s),

v.

Next Innovation, LLC and
Eli Zeevi

            Defendant(s).

CASE NO. 4:06-cv-00438-SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Frank W. Ryan, an active member in good standing of the bar of New York (particular court to which applicant is admitted), hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing TomTom, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Patrick Michael of Nixon Peabody LLP
Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996
415-984-8200

I declare under penalty of perjury that the foregoing is true and correct.



Dated: April 4, 2006

```
DUPLICATE ** DUPLICATE ** DUPLICATE

         RECEIPT FOR PAYMENT
       UNITED STATES DISTRICT COURT
              for the
         NORTHERN DISTRICT OF
              CALIFORNIA

                    SAN FRANCISCO, CA
                          3384132
------------------------------------
RECEIVED FROM:
NIXON PEABODY
TWO EMBARCADERO CENTER
NO., 2700
SAN FRANCISCO, CA 94111
------------------------------------
Case Number:
4:06CV00438SBA
------------------------------------
F/U/B/O:
Party ID:

Tender Type:         CHECK
96-6855XX            $210.00
Pro Hac Vice 6855XX

Remarks:109012293-francis wm
        ryan iv
------------------------------------
      Subtotal:      $210.00
------------------------------------
Receipt Total:       $210.00
====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.
** Balance does not reflect other
receipts posted on the same
business day.
    Date:       4/6/06
    Clerk:----------------
                MAB
DUPLICATE ** DUPLICATE ** DUPLICATE
```