Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMTOM, INC.,

RECEIVED
APR 20 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Plaintiff(s),

v.

Next Innovation, LLC and
Eli Zeevi

Defendant(s).

CASE NO. 4:06-cv-00438-SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Frank W. Ryan, an active member in good standing of the bar of New York (particular court to which applicant is admitted) whose business address and telephone number is Nixon Peabody LLP
437 Madison Avenue, New York, NY 10022
212 940 3129
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing TomTom

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District Judge