1  Patrick T. Michael (State Bar No. 169745)   Edward W. Goldstein (*pro hac vice* pending)
   Paul E. Stinson (State Bar No. 233486)      Corby R. Vowell (*pro hac vice* pending)
2  NIXON PEABODY LLP                           GOLDSTEIN, FAUCETT & PREBEG, LLP
   Two Embarcadero Center, Suite 2700          1177 West Loop South, Suite 400
3  San Francisco, CA 94111                     Houston, TX 77027
   Telephone: (415) 984-8200                   Telephone: (713) 877-1515
4  Facsimile: (415) 984-8300                   Facsimile: (713) 877-1737

5  Frank W. Ryan (*pro hac vice*)              Perry J. Woodward (State Bar No. 183876)
   Kate Cassidy (*pro hac vice*)               TERRA LAW, LLP
6  NIXON PEABODY LLP                           60 South Market Street, Suite 200
   437 Madison Avenue                          San Jose, CA 95113-2333
7  New York, NY 10022                          Telephone: (408) 299-1200
   Telephone: (212) 940-3000                   Facsimile: (408) 998-4895
8  Facsimile: (212) 940-3111
                                               Attorneys for Defendant/Counterclaim Plaintiff
9  Attorneys for Plaintiff/Counterclaim        NEXT INNOVATION, LLC
   Defendant TOMTOM, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TOMTOM, INC.,<br><br>　　　Plaintiff/Counterclaim Defendant<br><br>　　　v.<br><br>NEXT INNOVATION, LLC,<br><br>　　　Defendant/Counterclaim Plaintiff | **Case No. C 06-0438 SBA**<br><br>**STIPULATION REGARDING DUE DATE FOR NEXT INNOVATION'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** |

Plaintiff/Counterclaim Defendant TOMTOM, INC. ("TomTom") and Defendant/ Counterclaim Plaintiff NEXT INNOVATION, LLC ("Next Innovation"), by and through their attorneys of record, hereby enter into the following stipulation regarding the Court's May 18, 2006 Order for Pretrial Preparation In Patent Cases (the "Scheduling Order"):

　　1.　　Pursuant to the parties' Joint Case Management Statement submitted on April 28, 2006 [Docket No. 24, § XI] and the Case Management Conference held on May 17,

STIPULATION REGARDING DUE DATE FOR NEXT
INNOVATION'S DISCLOSURE OF ASSERTED CLAIMS
AND PRELIMINARY INFRINGEMENT CONTENTIONS
[CASE NO. C 06-0438 SBA]

S540493.1

1. 2006, the parties and the Court determined that Next Innovation's Disclosure of Asserted Claims and Preliminary Infringement Contentions pursuant to Pat. L.R. 3-1 would be due on June 1, 2006.

2. Due to what appears to be a simple typographical error, the Court's Scheduling Order provides that Next Innovation's Disclosure of Asserted Claims and Preliminary Infringement Contentions is due on September 1, 2006. [Docket No. 27, § L.]

3. Based upon the foregoing, the parties hereby agree to amend the Court's Scheduling Order as follows: Next Innovation's Disclosure of Asserted Claims and Preliminary Infringement Contentions will be due on **June 1, 2006**, rather than September 1, 2006.

IT IS SO STIPULATED.

| DATED: May 22, 2006 | NIXON PEABODY LLP<br><br>By: /s/ Paul E. Stinson<br>Patrick T. Michael<br>Paul E. Stinson<br>Attorneys for Plaintiff/Counterclaim Defendant<br>TOMTOM, INC. |
|---|---|
| DATED: May 22, 2006 | GOLDSTEIN, FAUCETT & PREBEG, LLP<br><br>By: /s/ Corby R. Vowell<br>Edward W. Goldstein<br>Corby R. Vowell<br>Attorneys for Defendant/Counterclaim Plaintiff<br>NEXT INNOVATION LLC |

///
///
///
///
///

STIPULATION REGARDING DUE DATE FOR NEXT INNOVATION'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS [CASE NO. C 06-0438 SBA]

S540493.1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/5/06

*Saundra B. Armstrong*
Honorable Saundra Brown Armstrong
United States District Judge
Northern District of California

-3-

STIPULATION REGARDING DUE DATE FOR NEXT
INNOVATION'S DISCLOSURE OF ASSERTED CLAIMS
AND PRELIMINARY INFRINGEMENT CONTENTIONS
[CASE NO. C 06-0438 SBA]

S540493.1

# CERTIFICATE OF SERVICE

**CASE NAME:** TOMTOM INC. v. NEXT INNOVATION, LLC
**COURT:** U.S. District Court, Northern District, Oakland Division
**CASE NO.:** C 06-0438 SBA
**NP FILE:** 034675.000005

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**STIPULATION REGARDING DUE DATE FOR NEXT INNOVATION'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

____ : By Facsimile - From facsimile number (415) 984-8300 before 5:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

**X** : **By Electronic Delivery** - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

| | |
|---|---|
| Edward W. Goldstein (pro hac vice pending) | Perry J. Woodward (State Bar No. 183876) |
| Corby R. Vowell (pro hac vice pending) | TERRA LAW, LLP |
| GOLDSTEIN & FAUCETT, LLP | 60 South Market Street, Suite 200 |
| 1177 West Loop South, Suite 400 | San Jose, CA 95113-2333 |
| Houston, TX 77027 | Telephone: (408) 299-1200 |
| Telephone: (713) 877-1515 | Facsimile: (408) 998-4895 |
| Facsimile: (713) 877-1737 | |
| Attorneys for Defendant/Counterclaim Plaintiff NEXT INNOVATION, LLC | Attorneys for Defendant/Counterclaim Plaintiff NEXT INNOVATION, LLC |

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 22, 2006, at San Francisco, California.

/s/ Sandra Bush

CERTIFICATE OF SERVICE
CASE NO. C 06-0438 SBA

S536698.1