Edward W. Goldstein, Esq.
Corby R. Vowell, Esq.
GOLDSTEIN & FAUCETT, L.L.P.
1177 West Loop South, Suite 400
Houston, Texas 77027
Tel: 713/877-1515
Fax: 713/877-1737

Perry J. Woodward, Esq. (Cal. Bar No. 183876)
TERRA LAW, L.L.P.
60 South Market Street, Suite 200
San Jose, California 95113-2333
Tel: 408/288-7325

Attorneys for Defendant
NEXT INNOVATION, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TOMTOM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEXT INNOVATION, LLC, <br><br> Defendant. | Civil Action No. C-06-0438 <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

       IT IS STIPULATED, by and among Plaintiff Next Innovation, LLC ("Next Innovation") and TomTom, Inc. ("TomTom"), through their counsel of record and subject to the approval of the Court that:

    (1)    All claims presented by the Complaint, as well as all counterclaims, shall be dismissed with prejudice as to each of the Parties; and

    (2)    The Parties shall bear their own costs and attorney's fees.

| | |
|---|---|
| *[signature]* | *[signature]* |
| Edward W. Goldstein | Patrick T. Michael, Esq. (SBN 169745) |
| Corby R. Vowell | Paul E. Stinson, Esq. (SBN 233486) |
| Goldstein, Faucett & Prebeg, L.L.P. | Nixon Peabody, LLP |
| 1177 West Loop South, Ste. 400 | Two Embarcadero Center, Suite 2700 |
| Houston, TX 77027 | San Francisco, CA 94111 |
| Telephone (713) 877-1515 | Tel: (415) 984-8200 |
| Facsimile (713) 877-1737 | Fax: (415) 984-8300 |
| | |
| ATTORNEYS FOR DEFENDANT | Frank W. Ryan (*Pro Hac Vice*) |
| NEXT INNOVATION, LLC. | Kate Cassidy (*Pro Hac Vice*) |
| | Nixon Peabody, LLP |
| | 437 Madison Ave |
| | New York, New York 10022 |
| | Tel: (212) 940 3000 |
| | Fax: (212) 940 3111 |
| | |
| | ATTORNEYS FOR PLAINTIFF |
| | TOMTOM, INC. |

**ORDER**

IT IS SO ORDERED.

Dated: 8/9/06

*[signature]*
THE HONORABLE SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

C:\Documents and Settings\cassidyk\Local Settings\Temporary Internet Files\OLK25\Stipulation and Dismissal - final.doc